UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TOYA WILSON and HARRY SMITH, )
)
        Plaintiffs, ) **JUDGMENT**
)
v. ) No. 7:14-CV-145-FL
)
)
)
LNV CORPORATION, MGC MORTGAGE, INC., )
DOVENMUEHLE MORTGAGE, INC., and )
HUTCHENS LAW FIRM, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 17, 2014, and for the reasons set forth more specifically therein, that the motion to dismiss of defendants LNV Corporation and MGC Mortgage, Inc. is denied as moot, and plaintiff Harry Smith is dismissed from this action for failure to prosecute. In accordance with the court's order entered February 23, 2015, and for reasons set forth more specifically therein, that the motions dismiss of defendants LNV Corporation, MGC Mortgage, Inc., Dovenmuehle Mortgage, Inc., and Hutchens Law Firm are granted.

**This Judgment Filed and Entered on February 23, 2015, and Copies To:**

Toya Wilson (via U.S. Mail)
Harry Smith (via U.S. Mail)
Hilton Terry Hutchens, Jr. (via CM/ECF Notice of Electronic Filing)
Claire L. Collins (via CM/ECF Notice of Electronic Filing)

February 23, 2015         JULIE RICHARDS JOHNSTON, CLERK
                                /s/ Susan W. Tripp
                              (By) Susan W. Tripp, Deputy Clerk